In the Matter of the Judicial Settlement of the Accounts of FIRST TRUST AND DEPOSIT COMPANY and Another, as Executors, etc., of HENRY L. ELSNER, Deceased.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

ANNA CORBIN, Appellant, v. PULLMAN COMPANY and LEHIGH VALLEY RAILROAD, Respondents.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

MARTHA BRUNDAGE, Appellant, v. PENNSYLVANIA RAILROAD COMPANY, Respondent.— Appeal dismissed unless appellant shall file and serve printed papers and printed briefs by April fifteenth. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

MICHAEL KOCAJ, Appellant, v. ANDRO STEFANIAK and Another, Respondents.— Appeal dismissed unless appellant shall file and serve printed papers and briefs by April twenty-fifth. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

MARIAN R. SMITHERS, an Infant, etc., Respondent, v. NARCIZO ANDRADE, Appellant. D. LeROY SMITHERS, Respondent, v. NARCIZO ANDRADE, Appellant.— Appeals dismissed unless the appellant shall file and serve printed papers and briefs by April twenty-fifth. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

HARRY J. LOCKWOOD, as Sole Administrator, etc., of ALONZO LOCKWOOD, Deceased, Appellant, v. PENNSYLVANIA RAILROAD COMPANY, Respondent.— Appeal dismissed unless appellant shall file and serve printed papers and briefs by April fifteenth. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

In the Matter of Proving the Last Will and Testament of CLARA BENJAMIN, Deceased.— Appeal dismissed unless appellants shall furnish the undertaking required to perfect the appeal by March twenty-third, and shall be ready for argument at the opening of the May term. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

MARCELLA SELBERT, Respondent, v. CITY OF ROCHESTER, Appellant.— Appeal dismissed unless brought on for argument by March thirtieth. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

BUFFALO TRADING COMPANY, INCORPORATED, Respondent, v. PROVIDENCE-WASHINGTON INSURANCE COMPANY, Appellant, Impleaded with Others, Defendants.— Appeal dismissed unless ready for argument at opening of the May term. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

WALTER E. SWIFT, Respondent, v. CHESTER CARBON COMPANY, INCORPORATED, and Others, Defendants. HOLLAND S. DUELL, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, with leave to plaintiff to serve an amended complaint within twenty days upon payment of the costs of the motion and of this appeal. See *per curiam* memorandum handed down in case of *Swift* v. *Chester Carbon Co., Inc. (ante,* p. 808), decided herewith. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.